# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2513
L.T. Case No. 16-2015-CF-8917-A

_____

ANDRE R. FULLER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Andre Fuller, Mayo, pro se.

No Appearance for Appellee.

October 22, 2024

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).


MAKAR, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____